**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) Case No. 11-CR-05018-01-SW-ODS ) |
| **GREGORY W. FOSDICK,** | ) ) |
| **Defendant.** | ) |

## FINAL ORDER OF FORFEITURE

Before the Court is the plaintiff's Motion for Final Order of Forfeiture. (Doc. _30__.) On November 30, 2011, this Court entered a Preliminary Order of Forfeiture (Doc. 26) which ordered Defendant Gregory W. Fosdick to forfeit, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all his right, title, and interest in the following property:

(a) one New England Firearms, Model Pardner, 410 gauge shotgun, S/N NM378713; and
(b) one Marlin, Model 60 "Golden 50," .22 caliber rifle, S/N 69218943.

The United States caused to be published on the Internet site *www.forfeiture.gov*, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of their alleged legal interest in the property.

No timely claim has been filed. Therefore, any third-party interests are barred by failure of those parties to file a timely petition.

The Court finds that Defendant Gregory W. Foskick had an interest in the property that is subject to forfeiture.

Therefore, it is hereby **ORDERED, ADJUDGED, AND DECREED**:

That the property described above is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c);

**IT IS FURTHER ORDERED THAT** all right, title, and interest to the property described above is hereby condemned, forfeited, and vested in the United States of America, and shall be disposed of according to law;

**IT IS FURTHER ORDERED THAT** the United States District Court shall retain jurisdiction in the case for the purpose or enforcing this Order;

**IT IS SO ORDERED.**


Date: 03/26/2012                                         __/s/ Ortrie D. Smith__
                                                        Ortrie D. Smith, Judge
                                                        United States Senior District Court